■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILY SOTO, Appellant. [739 NYS2d 631] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered July 10, 2000, convicting her of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish her guilt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Bynum,* 70 NY2d 858; *People v Fryar,* 276 AD2d 641). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we

are satisfied that the verdict of guilt was not against the weight of the evidence (see CPL 470.15 [5]). Santucci, J.P., Altman, Florio and Feuerstein, JJ., concur.